

**BRGS** | BALLARD ROSENBERG GOLPER & SAVITT LLP

LABOR AND EMPLOYMENT LAW
ON BEHALF OF MANAGEMENT
AND RELATED LITIGATION

516 FIFTH AVENUE
TWELFTH FLOOR
NEW YORK, NY
10036

TELEPHONE:
212-398-9500

E-MAIL:

## MEMO ENDORSED

Direct Dial 212-398-9508
Cell-phone 917-748-0771
E-Mail- KMcCulloch@BRGSLAW.com

March 6, 2008

Hon. Stephen C. Robinson
United States District Court Judge
300 Quarropas St., Room 633
White Plains, New York 10601



RECEIVED
MAR 10 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

Re:  Leyta v. Syon Kosher Meats
     Case No. 08-cv-1222 (SCR)

Dear Judge Robinson,

Our firm has just been retained to represent the Defendant in the above-referenced action. I will be the attorney responsible for this matter within the firm.

We have requested of the attorney for the Plaintiff, Robert Louis Kraselnik, Esq., an extension of time to respond to the Complaint, to March 31, 2008. Mr. Kraselnik has granted our request. By this letter we are asking the Court for an extension of time to March 31, 2008 for Defendant to respond to the Complaint. I called your office and they advised that it is sufficient for me to make this request at this time by letter, and that is what I have done.

Thank you for your consideration of this matter.

Very truly yours,

*Kenneth McCulloch*
Kenneth Mc Culloch

cc:  Robert Louis Kraselnik, Esq.

[COPY]
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION
3/14/08