**BALLARD ROSENBERG GOLPER & SAVITT LLP**

# MEMO ENDORSED

LABOR AND EMPLOYMENT LAW
ON BEHALF OF MANAGEMENT
AND RELATED LITIGATION

516 FIFTH AVENUE
TWELFTH FLOOR
NEW YORK, NY 10036

TELEPHONE:
212-398-9500

E-MAIL:

**Direct Dial 212-398-9508
Cell-phone 917-748-0771
E-Mail- KMcCulloch@BRGSLAW.com**

March 27, 2008

Hon. Stephen C. Robinson
United States District Court Judge
300 Quarropas St., Room 633
White Plains, New York 10601

Re:   Leyta v. Syon Kosher Meats
      Case No. 08-cv-1222 (SCR)

Dear Judge Robinson,

    Our firm represents the Defendant in the above-referenced action. I am the attorney responsible for this matter within the firm.

    We have discussed this matter with the attorney for the Plaintiff, who is Robert Louis Kraselnik, Esq. Those discussions are continuing. We currently have been granted an extension of time to respond to the Complaint, to March 31, 2008. Mr. Kraselnik has agreed to a further extension of 30 days, to April 30, 2008. By this letter we are asking the Court for an extension of time to April 30, 2008 for Defendant to respond to the Complaint. I had previously called your office and they advised that it is sufficient for me to make this request by letter, and that is what I have done.

    Thank you for your consideration of this matter.

Very truly yours,

Kenneth Mc Culloch

cc:   Robert Louis Kraselnik, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**



HON. STEPHEN C. ROBINSION
4/2/08