UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOROTEO LEYVA, on behalf of himself and others similarly situated,

      Plaintiff,

  -v-

Baker Hill Packing Corp.,
d/b/a Syon Kosher Meats,
a/k/a Syon Kosher Meats

      Defendant.

Civil Action No.
08-cv-1222 (SCR) (LMS)

Rule 7.1 Disclosure
Statement

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel certifies that Defendant Baker Hill Packing Corp., d/b/a Syon Kosher Meats, a New York Corporation, is not owned by any parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York

    April 29, 2008

                      Ballard, Rosenberg, Golper & Savitt, LLP

                      By: _____/s/_____

                      Kenneth Mc Culloch, Esq. (KM-3372)

                      Ballard, Rosenberg, Golper & Savitt, LLP
                      516 Fifth Avenue, 12th Fl.
                      New York, New York 10036
                      212-398-9508
                      *Attorneys for Defendant*