UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOROTEO LEYVA, on behalf of himself and others similarly situated,

    Plaintiff,

v.

SYON KOSHER MEATS

    Defendant.

Case No.: 08-cv-1222

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Doroteo Leyva, and Defendant, Baker Hill Packing Corp. d/b/a Syon Kosher Meats, as and their respective attorneys, that the claims of Plaintiff are hereby dismissed with prejudice in their entirety as against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), without costs or attorneys' fees to any party.

By: _____
Robert L. Kraselnik
Law Offices of
Robert L. Kraselnik, PLLC
*Attorneys for Plaintiff*
(212) 400-7160

By: _____
Kenneth Mc Culloch
Ballard, Rosenberg,
Golper & Savitt LLC
*Attorneys for Defendant*
(212)-398-9508

Dated: May 19, 2008
       New York, NY

238617949v1