UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTEO LEYVA, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

SYON KOSHER MEATS

        Defendant.

*STIPULATION*
*of Dismissal*

Case No.: 08-cv-1222 (SCR)

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Doroteo
Leyva, and Defendant, Baker Hill Packing Corp. d/b/a Syon Kosher Meats, as and their
respective attorneys, that the claims of Plaintiff are hereby dismissed with prejudice in their
entirety as against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),
without costs or attorneys' fees to any party.

By: _____
Robert L. Kraselnik
Law Offices of
Robert L. Kraselnik, PLLC
*Attorneys for Plaintiff*
(212) 400-7160

By: _____
Kenneth Mc Culloch
Ballard, Rosenberg,
Golper & Savitt LLC
*Attorneys for Defendant*
(212)-398-9508

Dated: May 19, 2008
      New York, NY

June 20, 2008
White Plains, NY

So Ordered:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED

238617949v1